ACCEPTED
15-24-00014-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/3/2025 9:53 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/3/2025 9:53:28 AM
CHRISTOPHER A. PRINE
Clerk

January 3, 2025

Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701
*via e-filing*

Re: Case No. 15-24-00014-CV, *Richard A. Hyde, et al. v. Harrison County, Texas*; on appeal from Travis County District Court Cause No. D-1-GN-17-002026.

Dear Mr. Prine:

On December 13, 2024, the Court invited supplemental briefing in the captioned matter.

Appellants Richard A. Hyde and the Texas Commission on Environmental Quality plan on providing this supplemental briefing to the Court on or before January 10, 2025.

Sincerely,

*/s/ Jake Marx*
Jake Marx
Assistant Attorney General
State Bar No. 24087989
Jake.Marx@oag.texas.gov
Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
(512) 475-4011 phone
(512) 975-5861 cell

cc:     James P. Allison, Counsel for Harrison County, Texas, *via e-service*
        Susana Naranjo-Padron, Counsel for Harrison County, Texas, *via e-service*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lik Irene Tong on behalf of Jake Marx
Bar No. 24087989
irene.tong@oag.texas.gov
Envelope ID: 95820329
Filing Code Description: Letter
Filing Description: Ltr to Court re Supplemental Briefing
Status as of 1/3/2025 10:01 AM CST

Associated Case Party: Harrison County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James P. Allison | | j.allison@allison-bass.com | 1/3/2025 9:53:28 AM | SENT |
| Legal Secretary | | allison.bass@allison-bass.com | 1/3/2025 9:53:28 AM | SENT |
| Julia McVey | | j.mcvey@allison-bass.com | 1/3/2025 9:53:28 AM | SENT |
| Susana Naranjo-Padron | | s.naranjo-padron@allison-bass.com | 1/3/2025 9:53:28 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| irene tong | | irene.tong@oag.texas.gov | 1/3/2025 9:53:28 AM | SENT |
| Jake Marx | | jake.marx@oag.texas.gov | 1/3/2025 9:53:28 AM | SENT |
| Shelby Thompson | | shelby.thompson@oag.texas.gov | 1/3/2025 9:53:28 AM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 1/3/2025 9:53:28 AM | SENT |